NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
CAAP-12-0000493
11-OCT-2013
08:18 AM

NO. CAAP-12-0000493

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

DERA DEVELOPMENT, LLC
KENNETH KUDO, member,
Plaintiff/Counterclaim-Defendant/Appellant/Cross-Appellee
v.
ANITA MITCHELL and MICHAEL SAKELL,
Defendant/Counterclaim-Plaintiff/Appellee/Cross-Appellant

APPEAL FROM THE DISTRICT COURT OF THE THIRD CIRCUIT
(CASE NO. 3RC10-1-609)

ORDER DENYING "APPELLANT KENNETH KUDO'S
MOTION FOR RECONSIDERATION"
(By: Nakamura, C.J., Foley and Ginoza, JJ.)

Upon consideration of Plaintiff/Counterclaim-Defendant/Appellant/Cross-Appellee Kenneth Kudo's motion for reconsideration filed on October 4, 2013, the memorandum/papers in support of the motion, and the records and files in this case,

IT IS HEREBY ORDERED that the motion is denied.

DATED:  Honolulu, Hawaii, October 11, 2013.

Chief Judge

Associate Judge

Associate Judge